UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REY CARTAS VELASQUEZ, et al.,        No. 2:01-cv-00246-MCE-DAD

    Plaintiffs,

  v.                                  **RELATED CASE ORDER**

MOHAMMED KHAN, aka MOHAMMED
NAWAZ KHAN dba KHAN LABOR
CONTRACTOR, et al.,

    Defendants.
_____/

UNITED STATES OF AMERICA,            No. 2:12-cr-00180-JAM

    Plaintiff,

  v.

MOHAMMAD NAWAZ KHAN, et al.,

    Defendants.
_____/

    The Court has received the Notice of Related Case filed on May 11, 2012.

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

1

1 The actions involve many of the same defendants and are based on
2 the same or similar claims, the same property transaction or
3 event, similar questions of fact and the same questions of law,
4 and would therefore entail a substantial duplication of labor if
5 heard by different judges.  Accordingly, the assignment of the
6 matters to the same judge is likely to effect a substantial
7 savings of judicial effort and is also likely to be convenient
8 for the parties.
9    The parties should be aware that relating the cases under
10 Local Rule 123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15    IT IS THEREFORE ORDERED that the action denominated 2:12-cr-
16 00180-JAM, <u>United States of America v. Mohammad Nawaz Khan, et
17 al.</u> is reassigned to Judge Morrison C. England, Jr. for all
18 further proceedings, and any dates currently set in this
19 reassigned case only are hereby VACATED.  Henceforth, the caption
20 on documents filed in the reassigned case shall be shown as 2:12-
21 cr-00180-MCE.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Case 2:01-cv-00246-MCE-DAD   Document 202   Filed 05/29/12   Page 3 of 3

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of criminal cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: May 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3