UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY CARTAS VELASQUEZ, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>MOHAMMED KHAN, aka MOHAMMED NAWAZ KHAN dba KHAN LABOR CONTRACTOR, et al.,<br><br>      Defendants.<br>_____/ | No. 2:01-cv-00246-MCE-DAD<br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MOHAMMAD NAWAZ KHAN, et al.,<br><br>      Defendants.<br>_____/ | No. 2:12-cr-00180-JAM |

    The Court has received the Notice of Related Case filed on May 11, 2012.

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

1

1 | The actions involve many of the same defendants and are based on
2 | the same or similar claims, the same property transaction or
3 | event, similar questions of fact and the same questions of law,
4 | and would therefore entail a substantial duplication of labor if
5 | heard by different judges.  Accordingly, the assignment of the
6 | matters to the same judge is likely to effect a substantial
7 | savings of judicial effort and is also likely to be convenient
8 | for the parties.
9 |     The parties should be aware that relating the cases under
10 | Local Rule 123 merely has the result that both actions are
11 | assigned to the same judge; no consolidation of the action is
12 | effected.  Under the regular practice of this court, related
13 | cases are generally assigned to the district judge and magistrate
14 | judge to whom the first filed action was assigned.
15 |     IT IS THEREFORE ORDERED that the action denominated 2:12-cr-
16 | 00180-JAM, <u>United States of America v. Mohammad Nawaz Khan, et
17 | al.</u> is reassigned to Judge Morrison C. England, Jr. for all
18 | further proceedings, and any dates currently set in this
19 | reassigned case only are hereby VACATED.  Henceforth, the caption
20 | on documents filed in the reassigned case shall be shown as 2:12-
21 | cr-00180-MCE.
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

        IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

        IT IS SO ORDERED.

Dated: May 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE