1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  REY CARTAS VELASQUEZ, et al.,     No. 2:01-cv-00246-MCE-DAD

12          Plaintiffs,            (Related No. 2:12-cr-00180-MCE)

13      v.

14  MOHAMMED KHAN, aka MOHAMMED     **RELATED CASE ORDER**
    NAWAZ KHAN dba KHAN LABOR
15  CONTRACTOR, et al.,

16          Defendants.
    _____/
17
    UNITED STATES OF AMERICA,
18
            Plaintiff,             No. 2:12-cr-00300-JAM
19
        v.
20
    RYAN HERBERT SMITH, et al.,
21
            Defendants.
22  _____/

23

24      The Court has received the Notice of Related Case filed on

25  August 28, 2012.

26      Examination of the above-entitled actions reveals that these

27  actions are related within the meaning of Local Rule 123(a) (E.D.

28  Cal. 1997).

1

1  The actions involve many of the same parties, and are based on

2  the same or similar claims, and/or events, involve similar

3  questions of fact, and would therefore entail a substantial

4  duplication of labor if heard by different judges.  Accordingly,

5  the assignment of the matters to the same judge is likely to

6  effect a substantial savings of judicial effort and is also

7  likely to be convenient for the parties.

8      The parties should be aware that relating the cases under

9  Local Rule 123 merely has the result that both actions are

10  assigned to the same judge; no consolidation of the action is

11  effected.  Under the regular practice of this court, related

12  cases are generally assigned to the district judge to whom the

13  first filed action was assigned.

14      IT IS THEREFORE ORDERED that the action denominated 2:12-cr-

15  00300-JAM, United States of America v. Ryan Herbert Smith, et al.

16  is reassigned to Judge Morrison C. England, Jr. for all further

17  proceedings, and any dates currently set in this reassigned case

18  only are hereby VACATED.  Henceforth, the caption on documents

19  filed in the reassigned case shall be shown as 2:12-cr-00300-MCE.

20  At the request of counsel, a Status Conference in the Smith case

21  is set for **September 27, 2012, at 9:00 a.m.,** in Courtroom 7.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

1      IT IS FURTHER ORDERED that the Clerk of the Court make

2  appropriate adjustment in the assignment of criminal cases to

3  compensate for this reassignment.

4      IT IS SO ORDERED.

5  Dated: September 5, 2012

6

7  _____

8  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28