UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY CARTAS VELASQUEZ, ET AL., | No. 2:01-cv-00246-MCE-DAD |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| MOHAMMED KHAN, AKA MOHAMMED NAWAZ KHAN, DBA KHAN LABOR CONTRACTOR, ET AL., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:12-cr-00180-MCE |
| Plaintiff, | |
| v. | |
| MOHAMMAD NAWAZ KHAN, ET AL., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:12-cr-00300-MCE |
| Plaintiff, | |
| v. | |
| RYAN HERBERT SMITH, ET AL., | |
| Defendants. | |

1

```
 1  UNITED STATES OF AMERICA,            No. 2:13-cr-00006-MCE
 2          Plaintiff,
 3       v.
 4  JIT KAUR, ET AL.
 5          Defendants.
    _____/
 6
    UNITED STATES OF AMERICA,            No. 2:13-cr-00275-GEB
 7
            Plaintiff,
 8
         v.
 9
    GURCHET SANDHU, ET AL.
10
            Defendants.
11  _____/
12
13
14       The Court has received the Notice of Related Case filed on
15  December 5, 2013.
16       Examination of the above-entitled civil and criminal actions
17  reveals that these actions are related within the meaning of
18  Local Rule 123(a) (E.D. Cal. 1997).  The actions involve many of
19  the same defendants and are based on the same or similar claims,
20  the same property transaction or event, similar questions of fact
21  and the same questions of law, and would therefore entail a
22  substantial duplication of labor if heard by different judges.
23  Accordingly, the assignment of the matters to the same judge is
24  likely to effect a substantial savings of judicial effort and is
25  also likely to be convenient for the parties.
26  ///
27  ///
28  ///
```

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:13-cr-00275-GEB, United States of America v. Gurchet Sandhu, et al., is reassigned to Chief Judge Morrison C. England, Jr., for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:13-cr-00275-MCE.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: December 17, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT