Della Barnett (SBN 88649)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7901
Facsimile: (916) 446-3057

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| Velasquez, et al., <br>             Plaintiffs, <br><br> v. <br><br> Khan, et al., <br>             Defendants. | CASE NO. 2:01-cv-00246-MCE-DAD <br><br> ORDER RENEWING JUDGMENT |

**ORDER RENEWING JUDGMENT**

Based on the application by plaintiffs to renew the judgment issued in this case on September 10, 2004 and the documents on file in this action and GOOD CAUSE APPEARING, the judgment is hereby renewed for a period of ten (10) years from the date of this Order. The Renewed Judgment shall be in the amount of $646,527.40.

IT IS SO ORDERED.

Dated: August 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT